Oscar Stanley WILLIAMS et al.,
Appellants,

v.

BURCH MANUFACTURING COMPANY, Inc.

No. 15211.

United States Court of Appeals,
Eighth Circuit.

Dec. 22, 1954.

J. Preston Swecker, Washington, D. C., for appellants.

Rudolph L. Lowell, Des Moines, Ia., for appellee.

PER CURIAM.

Motion of appellants to remand to United States District Court for Northern District of Iowa for consideration of consent judgment, granted, and cause remanded for that purpose. 123 F.Supp. 665.

THE CREEK NATION

v.

SCHOOL DISTRICT NO. 33 OF CREEK COUNTY, OKLAHOMA.

No. 4991.

United States Court of Appeals,
Tenth Circuit.

Oct. 6, 1954.

W. F. Semple, Tulsa, Okl., and Paul M. Niebell, Washington, D. C., for appellant.

Sam T. Allen, III, Sapulpa, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed on application of appellant.

THE COOLERATOR COMPANY, a Division of International Telephone and Telegraph Corporation, a Maryland Corporation, et al.

v.

GLENN EARL, Inc., a Corporation.

No. 4984.

United States Court of Appeals,
Tenth Circuit.

Sept. 16, 1954.

D. A. Skeen and Allen M. Swan, Salt Lake City, Utah, for appellants.

Nielson & Conder, Salt Lake City, Utah, for appellee.

Before HUXMAN, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Reversed and remanded without written opinion.